IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO JIMINEZ,<br>  Defendant,<br><br>  v.<br><br>UNITED STATES OF AMERICA. | CRIMINAL ACTION<br><br>NO. 99-364-08 |

**Order**

And now, this 12th day of November, 2009, upon careful consideration of Pedro Jiminez's motion for modification of his sentence pursuant to Federal Rule of Civil Procedure 60(b) and/or the All Writs Act; the government's response; and Jiminez's reply, it is hereby **ORDERED** that Jiminez's motion is **DISMISSED** without prejudice for lack of jurisdiction. The Clerk shall **CLOSE** this case for statistical purposes.

                                                      /s/ William H. Yohn Jr.
                                                      William H. Yohn Jr., Judge